IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-202-KC** |
| § | |
| **LUMIO HX, INC.,** § | |
| § | |
| **Defendant.** § | |

## ORDER

On this day, the Court considered the case. On February 12, 2024, the parties informed the Court that they had reached a settlement. *See* Feb. 13, 2024, Order 1, ECF No. 23. In response, the Court ordered that "unless the parties submit final closing papers **on or before April 15, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." *Id.*

That deadline has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before May 16, 2024**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 16th day of April, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE